**FILED**

08/17/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0363

# IN THE SUPREME COURT OF THE STATE OF MONTANA
## Supreme Court Cause No. DA 20-0363

| | |
|---|---|
| IN RE THE MARRIAGE OF:<br><br>DIANE KRANTZ,<br>Petitioner and Appellee,<br><br>and<br><br>KIETH KRANTZ,<br> Respondent and Appellant. | **ORDER SUBSTITUTING MEDIATOR** |

Pursuant to M.R.App.P, 7(4)(d) and the parties' *Stipulation to Substitute Mediator*, IT IS ORDERED THAT **Diana Garrett** is hereby substituted as mediator and appointed to conduct the mediation process required by M.R.App.P., 7(5). IT IS FURTHER ORDERED that the time periods set forth in M.R.App.P., 7(5)(d) shall run from the date of this order of substitution.

DATED this _____ ___, 2020.

For the Court,

By: _____

c: Tiffany Ann Nunnally, Anna Hilly McGahan, Casey Lynn Emerson, Diana Garrett

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
August 17 2020